Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 12-56957

Case Name: Christina M. Adams, et. al. v. Allianceone, Inc, et. al.

The Clerk will enter my appearance as counsel on behalf of: Gordon B. Morgan, Objector

☒ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Appellant/Cross-Appellee
☐ Appellee   ☐ Respondent  ☐ Intervenor     ☐ Appellee/Cross-Appellant

☒ Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

☐ Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel): Gordon B. Morgan, Pro Se

Signature (use "s/" format): /s/ Christopher A. Bandas     Date: 12/4/2012

Name: Christopher A. Bandas

Firm/Office: Bandas Law Firm, P.C.

Address: 500 N. Shoreline, Ste. 1020

City: Corpus Christi    State: Texas    Zip Code: 78401-0353

Phone Number (including area code): (361) 698-5200